## LAWSON v. STATE.
### No. 19215.

Court of Criminal Appeals of Texas.

Nov. 17, 1937.

Rehearing Denied Dec. 22, 1937.

Jack Johannes, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error having been perceived requiring a reversal, the judgment of the trial court is affirmed.